UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS

HOLLY GREEN                                        NO.: 13-00124-BAJ-SCR

RULING AND ORDER

Before the Court is the **Motion to the Court Requesting the Exercise of Its Authority to Recommend RCC Placement for (12) Months (Doc. 22)** filed by Holly Green. Green, who was sentenced by this Court in June 2014 and is currently serving a term of imprisonment at the Federal Correctional Institute located in Aliceville, AL, asks the Court to "exercise its authority in recommending halfway house for the maximum term of (12) months" upon her release from the correctional facility. (*See id.* at p. 1).

"After a district court sentences a federal offender, the Attorney General, through the [Bureau of Prisons], has the responsibility for administering the sentence." *United States v. Wilson*, 503 U.S. 329, 335 (1992) (18 U.S.C. § 3621(a)). "Any order, recommendation, or request by a sentencing court that a convicted person serve a term of imprisonment in a community corrections facility shall have no binding effect on the authority of the Bureau . . . to determine or change the place of imprisonment of that person." 18 U.S.C. § 3621(b)(5).

Because the Bureau of Prisons is in the unique position of properly evaluating Green's qualification for halfway house placement now that she has been

1

imprisoned for several months, the Court declines to issue a recommendation, which would be non-binding in any event. However, Green's request, including the practical reasons she presents in support, has been relayed to the U.S. Probation and Pretrial Services Office for conveyance to the Bureau of Prisons.

Accordingly,

**IT IS ORDERED** that Holly Green's **Motion to the Court Requesting the Exercise of Its Authority to Recommend RCC Placement for (12) Months (Doc. 22)** is **DENIED.**

Baton Rouge, Louisiana, this 23rd day of March, 2015.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**